UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CARBONYX LICENSE & LEASE LLC *et al.*,                            :
                                                                  :
                  Plaintiffs,                          :  19 Civ. 1540 (JPC)
                                                                  :
        -v-                                                      :  ORDER
                                                                  :
CARBONYX INC.,                                                    :
                                                                  :
                  Defendant.                           :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On November 4, 2020, the parties in this action submitted status letters advising the Court that Defendant Carbonyx Inc. is the debtor in a pending bankruptcy action, *In re Carbonyx Inc.*, No. 20-bk-40494 (Bankr. E.D. Tex.). Dkts. 74-75. In light of the ongoing bankruptcy involving the Defendant, this case is stayed pursuant to the automatic stay under 11 U.S.C. § 362. Moreover, it is hereby ordered that, by December 10, 2021, the parties shall submit a joint status letter advising the Court regarding the status of the pending bankruptcy action in the Eastern District of Texas.

    SO ORDERED.

Dated: November 29, 2021　　　　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　　　JOHN P. CRONAN
                                                                 United States District Judge